

FILED

07/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0004

FILED

JUL 24 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF

ARIELLE DEAN

ORDER

Arielle Dean has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since March 2020.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 24th day of July, 2020.

For the Court,

By _____
Chief Justice